NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**K-TECH TELECOMMUNCATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**TIME WARNER CABLE, INC.,**
*Defendant-Appellee.*

---

2012-1425

---

Appeal from the United States District Court for the Central District of California in case no. 11-CV-9373, Judge R. Gary Klausner.

---

**ON MOTION**

---

**O R D E R**

Time Warner Cable, Inc. moves for leave to include in the joint appendix a copy of a complaint filed by K Tech Telecommunications, Inc. in another action, *K Tech Telecommunications, Inc. v. Blonder Tongue Laboratories, Inc.*, 2:12-cv-05316 (C.D. Cal. June 19, 2012).

Upon consideration thereof,

IT IS ORDERED THAT:

K-TECH TELECOMMUNICATIONS v. TIME WARNER CABLE          2

The motion is granted.

FOR THE COURT

OCT 0 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David S. Benyacar, Esq.
     Patrick F. Bright, Esq.

s25